

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2021

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

## O R D E R

Appellant/cross-appellee, Leticia R. Benavides, filed an unopposed motion requesting an extension of time in which to file her reply brief.  The motion is GRANTED and the reply brief is due **no later than March 23,** 2021.

It is so **ORDERED** on March 17, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT